# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS RYAN MORGAN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00384 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LESLIE J. FLEMING, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

Plaintiff Thomas Ryan Morgan, a Virginia inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2015, defendants filed a motion for summary judgment. On January 9, 2015, the court issued a notice, pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005), giving Morgan twenty-one days to file a response to the motion and advising Morgan that if he did not respond, the court would "assume that plaintiff has lost interest in the case, and/or that plaintiff agrees with what the defendant states in their responsive pleading(s)." The court further advised Morgan that if he wished to continue with the case, it was "necessary that plaintiff respond in an appropriate fashion" and that if he failed to file some response within the time allotted, "the court may dismiss the case for failure to prosecute." Morgan has filed no response.

Inasmuch as the time allotted has passed and Morgan has not responded, it is hereby **ORDERED** that this civil rights action is **DISMISSED without prejudice** for failure to prosecute; defendants' motion for summary judgment (Docket No. 14) is **DISMISSED without prejudice**, and the Clerk is directed to **TERMINATE** this action from the active docket of the court.

The Clerk is directed to send copies of this Order to the parties

**ENTER**: This 31st day of March, 2015.

                                                       */s/ Norman K. Moon*
                                                   NORMAN K. MOON
                                                   UNITED STATES DISTRICT JUDGE